UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELODY-ANN McGRATH,
    Plaintiff,

v.                                                  C.A. No. 12-498L

CAROLYN W. COLVIN, Acting
Commissioner of the Social
Security Administration,
    Defendant.

## **ORDER**

      The Report and Recommendation issued by Magistrate Judge Lincoln D. Almond on September 18, 2013, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  The Plaintiff's Motion to Reverse the Decision of the Commissioner is denied, and Defendant's Motion to Affirm that decision is granted.

It is so ordered.

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 12/18/13